| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Delaware____ on the following    X Patents or ___ Trademarks:

| DOCKET NO.<br>08-cv-91 | DATE FILED<br>02/12/2008 | U.S. DISTRICT COURT | |
|---|---|---|---|
| PLAINTIFF<br>Edwards Lifesciences AG et al. | | DEFENDANT<br>Corevalve Inc. | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  5,411,552 | 05/02/1995 | Henning R. Andersen | |
| 2  US 6,168,614 B1 | 01/02/2001 | Heartport Inc. | |
| 3  US 6,582,462 B1 | 06/24/2003 | Heartport Inc. | |
| 4 | | | |
| 5 | | | |

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ___ Amendment   ___ Answer   ___ Cross Bill   ___ Other Pleading | | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br>2/12/2008 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**