IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWARDS LIFESCIENCES AG and<br>EDWARDS LIFESCIENCES LLC,<br><br>              Plaintiffs,<br><br>    v.<br><br>COREVALVE, INC.,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. _____<br><br>DEMAND FOR JURY TRIAL |

### PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs state that that they are each wholly-owned by Edwards Lifesciences Corporation.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          /s/ Jack Blumenfeld
          Jack B. Blumenfeld (#1014)
          Maryellen Noreika (#3208)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE  19899-1347
          (302) 658-9200
          *Attorneys for Plaintiffs*

*Of Counsel*:

John E. Nathan
Michael Beck
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019
(212) 373-3000

February 12, 2008