IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARDS LIFESCIENCES AG and<br>EDWARDS LIFESCIENCES, LLC,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>COREVALVE, INC.,<br><br>　　　　Defendants. | )<br>) C.A. No. 08-091 - GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that attorneys Frederick L. Cottrell, III and Chad M. Shandler of Richards, Layton and Finger, P.A., enter their appearance as counsel on behalf of Defendant Corevalve, Inc. in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　/s/ Chad M. Shandler
　　　　　　　　　　　　　　　　　　　　Frederick L. Cottrell, III (#2555)
　　　　　　　　　　　　　　　　　　　　cottrell@rlf.com
　　　　　　　　　　　　　　　　　　　　Chad M. Shandler (#3796)
　　　　　　　　　　　　　　　　　　　　shandler@rlf.com
　　　　　　　　　　　　　　　　　　　　Richards, Layton & Finger, P.A.
　　　　　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　　　　　920 North King Street, P. O. Box 551
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899
　　　　　　　　　　　　　　　　　　　　(302) 651-7700
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Corevalve, Inc.*

Dated: February 28, 2008

RLF1-3257660-1

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2008, I caused to be served by electronic service and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on February 28, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

John E. Nathan
Michael Beck
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019

Chad M. Shandler (#3796)
shandler@rlf.com

RLF1-3257660-1