IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARDS LIFESCIENCES AG and<br>EDWARDS LIFESCIENCES, LLC,<br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>COREVALVE, INC.,<br>　　　　Defendants. | )<br>)　C.A. No. 08-091 - GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by the parties to this stipulation, through their undersigned counsel and subject to the approval of the Court, that the time for defendant Corevalve, Inc. to move, answer or otherwise respond to the Complaint filed in the captioned matter is extended through and including April 4, 2008. Counsel for Corevalve, Inc. represents that this extension is necessary because counsel was recently retained and needs the additional time to consult with their clients about the subject matter of this dispute and the anticipated response.

| | |
|---|---|
| /s/ *Jack B. Blumenfeld* | /s/ *Chad M. Shandler* |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| jblumenfeld@mnat.com | cottrell@rlf.com |
| Maryellen Noreika (#3208) | Chad M. Shandler (#3796) |
| mnoreika@mnat.com | shandler@rlf.com |
| Morris Nichols Arsht & Tunnell, LLP | Richards, Layton & Finger, P.A. |
| 1201 North Market Street | One Rodney Square |
| P.O. Box 1347 | 920 North King Street, P. O. Box 551 |
| Wilmington, DE 19899-1347 | Wilmington, Delaware 19899 |
| (302) 351-9291 | (302) 651-7700 |
| *Attorneys for Plaintiffs Edwards Lifesciences*<br>*AG and Edwards Lifesciences, LLC* | *Attorneys for Defendants Corevalve, Inc.* |
| Dated:  February 28, 2008 | Dated:  February 28, 2008 |

**IT IS SO ORDERED** this _____ day of February, 2008.

_____
Chief Judge Gregory M. Sleet

RLF1-3257611-1