Form for Motion for Admission *Pro Hac Vice*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

EDWARDS LIFESCIENCES AG and
EDWARDS LIFESCIENCES LLC,                    )
               Plaintiffs,              )          Civil Action No.   08-091 (GMS)
                                 )
v.                                                              )
COREVALVE, INC.,                                        )
        Defendant.   **MOTION AND ORDER**
### FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of _Joseph R. Re_ to represent _CoreValve_ in this matter.

               Signed: _____
                     Frederick L. Cottrell, III (#2555), Richards, Layton & Finger, P.A.
                     One Rodney Square
                     920 North King Street, P.O. Box 551
Date: **3-17-08**          Wilmington, DE  19899;  (302) 651-7700
                     Attorney for _CoreValve_

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____              _____
                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 83.5,  I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: **3 -12 -08**      Signed: _____
                            Joseph R. Re
                            Knobbe, Martens, Olson & Bear, LLP
                            2040 Main Street, Fourteenth Floor
                            Irvine, CA  92614; (949) 760-9502

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I caused to be served by electronic service and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899


I hereby certify that on March 17, 2008, the foregoing document was sent via electronic mail to the following non-registered participants:

John E. Nathan
Michael Beck
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY  10019

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com