Form for Motion for Admission *Pro Hac Vice*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

EDWARDS LIFESCIENCES AG and
EDWARDS LIFESCIENCES LLC,

      Plaintiffs,    )

             )   Civil Action No.  08-091 (GMS)

v.             )

COREVALVE, INC ,

      Defendant.  **MOTION AND ORDER**
### FOR ADMISSION *PRO HAC VICE*

    Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of <u>Joseph S. Cianfrani</u> to represent <u>CoreValve</u> in this matter.

      Signed: _____

         Frederick L. Cottrell, III (#2555), Richards, Layton & Finger, P.A

         One Rodney Square

         920 North King Street, P.O. Box 551

         Wilmington, DE 19899;  (302) 651-7700

Date: **3·17·08**      Attorney for <u>CoreValve</u>

### ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____    _____

           United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

    Pursuant to Local Rule 83.5,  I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>California</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: **3/13/08**   Signed:  _____

          Joseph S. Cianfrani

          Knobbe, Martens, Olson & Bear, LLP

          2040 Main Street, Fourteenth Floor

          Irvine, CA 92614; (949) 760-9502

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I caused to be served by electronic service and

hand delivery the foregoing document and electronically filed the same with the Clerk of Court

using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899


I hereby certify that on March 17, 2008, the foregoing document was sent via electronic

mail to the following non-registered participants:

John E. Nathan
Michael Beck
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY  10019

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com