IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARDS LIFESCIENCES AG and EDWARDS LIFESCIENCES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>COREVALVE, INC.,<br><br>Defendant. | C.A. No. 08-091-GMS<br><br>**JURY TRIAL DEMANDED** |

## COREVALVE, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant CoreValve, Inc. discloses that it has no parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

*Of Counsel:*
Joseph R. Re
Joseph S. Cianfrani
J. David Evered
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
(949) 760-0404

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE 19899
(302) 651-7700

Attorneys for Defendant, *CoreValve, Inc.*

Dated: April 4, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I caused to be served by electronic service and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on April 4, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

John E. Nathan
Michael Beck
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019

Chad M. Shandler (#3796)
shandler@rlf.com