IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARDS LIFESCIENCES AG and<br>EDWARDS LIFESCIENCES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>COREVALVE, INC.,<br><br>Defendant. | )<br>)<br>) C.A. No. 08-091-GMS<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COREVALVE'S MOTION PURSUANT TO 28 U.S.C. § 1404(a) TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA

Defendant CoreValve, Inc. ("CoreValve"), by and through its respective undersigned attorneys and pursuant to 28 U.S.C. § 1404(a), hereby moves this Court for an order, in a form substantially similar to the proposed order attached hereto, to transfer the above-captioned action to the United States District Court for the Central District of California, Southern Division. The grounds for this motion are set forth in CoreValve's Opening Brief in Support of its Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a).

/s/ *signature*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE 19899
(302) 651-7700

Of Counsel:
Joseph R. Re
Joseph S. Cianfrani
J. David Evered
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
(949) 760-0404

Attorneys for Defendant, *CoreValve, Inc.*

Dated: April 4, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I caused to be served by electronic service and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on April 4, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

John E. Nathan
Michael Beck
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019

Chad M. Shandler (#3796)
shandler@rlf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARDS LIFESCIENCES AG and <br> EDWARDS LIFESCIENCES, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> COREVALVE, INC., <br><br> Defendant. | ) <br> ) <br> ) C.A. No. 08-091-GMS <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

The Court, having considered Defendant CoreValve's Motion Pursuant to 28 U.S.C. §1404(a) to Transfer Venue to the Central District of California, Southern Division, and the parties' positions related thereto,

IT IS HEREBY ORDERED this ____ day of _____, 2008 that the Motion is GRANTED.

_____
UNITED STATES DISTRICT COURT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARDS LIFESCIENCES AG and<br>EDWARDS LIFESCIENCES, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>COREVALVE, INC.,<br><br>    Defendant. | )<br>)<br>)  C.A. No. 08-091-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION PURSUANT TO
## DISTRICT OF DELAWARE LOCAL RULE 7.1.1

    Pursuant to Local Rule 7.1.1., the undersigned counsel certifies that Plaintiff opposes the relief sought by this Motion.

*Of Counsel*:
Joseph R. Re
Joseph S. Cianfrani
J. David Evered
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
(949) 760-0404

Date: April 4, 2008

/s/ *signature*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE 19899
(302) 651-7700

Attorneys for Defendant, *CoreValve, Inc.*