## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARDS LIFESCIENCES AG and<br>EDWARDS LIFESCIENCES, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>COREVALVE, INC.,<br><br>    Defendant. | )<br>)<br>)  C.A. No. 08-091 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SECOND DECLARATION OF JOHN DAVID EVERED IN SUPPORT OF COREVALVE, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

I, John David Evered, hereby declare as follows:

1.      I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel of record in this action for Defendant, CoreValve, Inc. I submit this declaration in support of CoreValve, Inc.'s Motion to transfer venue. I have personal knowledge of the following matters and, if called upon to testify, I would and could completely testify thereto.

2.      Attached hereto as Exhibit 7 is a true and correct copy of LexisNexis® CourtLink®'s Strategic Profile of patent cases in all courts between January 1, 2002 and April 22, 2008.

3.      Attached hereto as Exhibit 8 are true and correct copies of extracts from an amendment to Form S-4 Registration Statement filed with the SEC by Johnson & Johnson on March 14, 2001.

4.      Attached hereto as Exhibit 9 are true and correct copies of two press releases dated January 26, 2001 and April 18, 2001.

5.     Attached hereto as Exhibit 10 is a true and correct copy of a Manta.com company profile of Ethicon, Inc. dated April 30, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of April, 2008 at Irvine, California,

By: _____

John David Evered

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I caused to be served by electronic service and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on May 1, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

John E. Nathan
Michael Beck
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019

_____
Chad M. Shandler (#3796)
shandler@rlf.com

**EXHIBIT 7**

LexisNexis® CourtLink®
## Nature of Suit Strategic Profile
Property Rights - Patent (830)
1/1/2002 - 4/22/2008
17748 Case(s)
All Courts

The following represents an analysis of Property Rights - Patent (830) cases filed in the following courts for All Courts.

GENERAL OVERVIEW

| Total Cases Filed |
|---|

Total Cases Filed - Between 1/1/2002 and 4/22/2008, Property Rights - Patent (830)cases were filed with the following distribution based on date filed. These cases are restricted to those filed in All Courts.

| Period | Count | Percent | Legend |
|---|---|---|---|
| 2002 | 2711 | 15.27% | |
| 2003 | 2912 | 16.41% | |
| 2004 | 2941 | 16.57% | |
| 2005 | 2672 | 15.06% | |
| 2006 | 2747 | 15.48% | |
| 2007 | 2907 | 16.38% | |
| 2008 | 858 | 4.83% | |



| Case lifecycle by Court |
|---|

Time to resolution by court - Below is the average case duration for Property Rights - Patent (830) that were filed between 1/1/2002 and 4/22/2008, as measured from initial case filing date to judgment date. Cases that do not have online judgment data available are not included.

| Court | Duration | Legend |
|---|---|---|
| Dist. Of Columbia | 1 month(s) | |
| Ohio - Southern | 1 year(s) | |
| Wisconsin - Western | 1 year(s) | |
| California - Central | 1 yr, 10 mo | |
| Pennsylvania - Eastern | 1 yr, 10 mo | |
| Utah | 1 yr, 10 mo | |
| Alabama - Northern | 1 yr, 11 mo | |
| Louisiana - Eastern | 1 yr, 2 mo | |
| New Mexico | 1 yr, 2 mo | |
| New York - Eastern | 1 yr, 2 mo | |
| Nevada | 1 yr, 3 mo | |
| Texas - Northern | 1 yr, 3 mo | |
| Arizona | 1 yr, 4 mo | |
| Iowa - Southern | 1 yr, 4 mo | |
| Oklahoma - Western | 1 yr, 4 mo | |
| Tennessee - Eastern | 1 yr, 4 mo | |
| Wyoming | 1 yr, 4 mo | |
| Indiana - Southern | 1 yr, 5 mo | |
| North Carolina - Middle | 1 yr, 5 mo | |
| Washington - Eastern | 1 yr, 5 mo | |
| Wisconsin - Eastern | 1 yr, 5 mo | |
| Connecticut | 1 yr, 6 mo | |



The top 24 Court (by duration) are represented by individual bars in the chart. The remaining Court are aggregated in the right-most bar, shown in dark purple color.

| | | |
|---|---|---|
| Florida - Middle | 1 yr, 6 mo | |
| New York - Western | 1 yr, 6 mo | |
| Maryland | 1 yr, 8 mo | |
| Massachusetts | 1 yr, 8 mo | |
| Texas - Eastern | 1 yr, 8 mo | |
| Virginia - Eastern | 1 yr, 8 mo | |
| New York - Northern | 1 yr, 9 mo | |
| Missouri - Eastern | 10 month(s) | |
| Washington - Western | 11 month(s) | |
| Pennsylvania - Western | 2 year(s) | |
| Indiana - Northern | 2 yr, 1 mo | |
| New York - Southern | 2 yr, 1 mo | |
| Tennessee - Middle | 2 yr, 10 mo | |
| Ohio - Northern | 2 yr, 2 mo | |
| West Virginia - Northern | 2 yr, 2 mo | |
| North Carolina - Western | 2 yr, 3 mo | |
| Iowa - Northern | 2 yr, 4 mo | |
| New Jersey | 2 yr, 4 mo | |
| Delaware | 2 yr, 6 mo | |
| Minnesota | 2 yr, 6 mo | |
| Rhode Island | 2 yr, 6 mo | |
| Illinois - Central | 2 yr, 8 mo | |
| Nebraska | 3 month(s) | |
| South Carolina | 3 yr, 1 mo | |
| Kansas | 3 yr, 3 mo | |
| Tennessee - Western | 3 yr, 6 mo | |
| Puerto Rico | 4 month(s) | |
| Arkansas - Eastern | 6 month(s) | |
| Florida - Southern | 6 month(s) | |
| Hawaii | 6 month(s) | |
| North Dakota | 7 month(s) | |
| Colorado | 8 month(s) | |
| Missouri - Western | 9 month(s) | |

**Total Cases Filed By Court**

Total Cases Filed - Between 1/1/2002 and 4/22/2008, 17748 total Property Rights - Patent (830)cases were filed in the following Courts for the period

| Court | Count | Percent | Legend |
|-------|-------|---------|--------|
| Alaska | 1 | 0.01% | |
| Oklahoma - Eastern | 2 | 0.01% | |
| Alabama - Middle | 4 | 0.02% | |
| West Virginia - Southern | 5 | 0.03% | |
| Puerto Rico | 6 | 0.03% | |
| Mississippi - Northern | 7 | 0.04% | |
| Georgia - Southern | 10 | 0.06% | |
| Mississippi - Southern | 11 | 0.06% | |
| South Dakota | 11 | 0.06% | |
| Wyoming | 11 | 0.06% | |
| Alabama - Southern | 13 | 0.07% | |
| Montana | 13 | 0.07% | |
| Louisiana - Middle | 14 | 0.08% | |
| Iowa - Northern | 15 | 0.08% | |
| Georgia - Middle | 16 | 0.09% | |
| Florida - Northern | 19 | 0.11% | |
| Arkansas - Western | 20 | 0.11% | |
| Maine | 20 | 0.11% | |
| New Mexico | 20 | 0.11% | |
| Vermont | 20 | 0.11% | |
| Illinois - Southern | 21 | 0.12% | |
| North Dakota | 23 | 0.13% | |
| Virginia - Western | 24 | 0.14% | |
| West Virginia - Northern | 25 | 0.14% | |
| Hawaii | 28 | 0.16% | |
| Arkansas - Eastern | 30 | 0.17% | |
| Idaho | 30 | 0.17% | |
| Oklahoma - Northern | 30 | 0.17% | |
| Kentucky - Western | 35 | 0.20% | |
| Oklahoma - Western | 37 | 0.21% | |
| Alabama - Northern | 38 | 0.21% | |
| Kentucky - Eastern | 38 | 0.21% | |
| Louisiana - Western | 38 | 0.21% | |
| Nebraska | 38 | 0.21% | |
| Rhode Island | 38 | 0.21% | |
| Illinois - Central | 39 | 0.22% | |
| Tennessee - Eastern | 39 | 0.22% | |
| Tennessee - Western | 50 | 0.28% | |
| North Carolina - Eastern | 53 | 0.30% | |
| New Hampshire | 53 | 0.30% | |
| Tennessee - Middle | 54 | 0.30% | |
| Pennsylvania - Middle | 56 | 0.32% | |
| Iowa - Southern | 59 | 0.33% | |
| Louisiana - Eastern | 66 | 0.37% | |
| Kansas | 67 | 0.38% | |
| Washington - Eastern | 70 | 0.39% | |
| New York - Northern | 74 | 0.42% | |
| Missouri - Western | 76 | 0.43% | |
| California - Eastern | 83 | 0.47% | |
| Indiana - Northern | 84 | 0.47% | |
| Michigan - Western | 113 | 0.64% | |
| North Carolina - Western | 114 | 0.64% | |
| South Carolina | 114 | 0.64% | |
| North Carolina - Middle | 129 | 0.73% | |
| New York - Western | 133 | 0.75% | |



**Case Count by Court**

The top 24 Court (by case count) are represented by individual bars in the chart. The remaining Court are aggregated in the right-most bar, shown in dark purple color.

| | | | |
|---|---|---|---|
| Dist. Of Columbia | 136 | 0.77% | |
| Pennsylvania - Western | 145 | 0.82% | |
| Indiana - Southern | 159 | 0.90% | |
| Ohio - Southern | 163 | 0.92% | |
| Nevada | 167 | 0.94% | |
| Texas - Western | 169 | 0.95% | |
| Wisconsin - Eastern | 176 | 0.99% | |
| Oregon | 180 | 1.01% | |
| Maryland | 191 | 1.08% | |
| Arizona | 197 | 1.11% | |
| Connecticut | 207 | 1.17% | |
| Wisconsin - Western | 216 | 1.22% | |
| Missouri - Eastern | 217 | 1.22% | |
| Ohio - Northern | 253 | 1.43% | |
| Virginia - Eastern | 261 | 1.47% | |
| Texas - Southern | 263 | 1.48% | |
| New York - Eastern | 264 | 1.49% | |
| Colorado | 268 | 1.51% | |
| Utah | 269 | 1.52% | |
| Washington - Western | 294 | 1.66% | |
| Texas - Northern | 320 | 1.80% | |
| Florida - Middle | 338 | 1.90% | |
| Pennsylvania - Eastern | 363 | 2.05% | |
| Georgia - Northern | 370 | 2.08% | |
| Florida - Southern | 390 | 2.20% | |
| Michigan - Eastern | 398 | 2.24% | |
| California - Southern | 402 | 2.27% | |
| Massachusetts | 435 | 2.45% | |
| Minnesota | 450 | 2.54% | |
| New York - Southern | 770 | 4.34% | |
| New Jersey | 853 | 4.81% | |
| Delaware | 854 | 4.81% | |
| Illinois - Northern | 969 | 5.46% | |
| Texas - Eastern | 1078 | 6.07% | |
| California - Northern | 1469 | 8.28% | |
| California - Central | 1857 | 10.46% | |

Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**EXHIBIT 8**

Johnson & Johnson · S-4/A · On 3/14/01
Document 1 of 5 · S-4/A · Amendment No. 1 to Form S-4

1

AS FILED WITH THE SECURITIES AND EXCHANGE COMMISSION ON MARCH 14, 2001

REGISTRATION NO. 333-56034

--------------------------------------------------------------------------------
--------------------------------------------------------------------------------

SECURITIES AND EXCHANGE COMMISSION

WASHINGTON, D.C. 20549
------------------------

AMENDMENT NO. 1

TO

FORM S-4
REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933
------------------------

JOHNSON & JOHNSON
(EXACT NAME OF REGISTRANT AS SPECIFIED IN ITS CHARTER)

| NEW JERSEY | 2834 | 22-1024240 |
|---|---|---|
| (STATE OR OTHER JURISDICTION OF INCORPORATION OR ORGANIZATION) | (PRIMARY STANDARD INDUSTRIAL CLASSIFICATION CODE NUMBER) | (I.R.S. EMPLOYER IDENTIFICATION NO.) |

ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NEW JERSEY 08933
TELEPHONE: (732) 524-0400
(ADDRESS, INCLUDING ZIP CODE, AND TELEPHONE NUMBER, INCLUDING AREA CODE, OF
REGISTRANT'S PRINCIPAL EXECUTIVE OFFICES)
------------------------
STEVEN M. ROSENBERG, ESQ.
JOHNSON & JOHNSON
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NEW JERSEY 08933
TELEPHONE: (732) 524-0400

(NAME, ADDRESS, INCLUDING ZIP CODE, AND TELEPHONE NUMBER, INCLUDING AREA CODE,
OF AGENT FOR SERVICE)
------------------------
COPIES TO:

| ROBERT I. TOWNSEND, III, ESQ. | JAY K. HACHIGIAN, ESQ. |
|---|---|
| CRAVATH, SWAINE & MOORE | BENNETT L. YEE, ESQ. |
| WORLDWIDE PLAZA | JARLON TSANG, ESQ. |
| 825 EIGHTH AVENUE | STEVE MUDDER, ESQ. |

Johnson & Johnson · S-4/A · On 3/14/01
Document 1 of 5 · S-4/A · Amendment No. 1 to Form S-4

---

NEW YORK, NY 10019
TELEPHONE: (212) 474-1000

ROBERT P. BARTLETT, III, ESQ.
GUNDERSON DETTMER STOUGH VILLENEUVE
FRANKLIN & HACHIGIAN, LLP
155 CONSTITUTION DRIVE
MENLO PARK, CA 94025
TELEPHONE: (650) 321-2400

------------------------

\* \* \*

2

HEARTPORT, INC.
700 BAY ROAD
REDWOOD CITY, CALIFORNIA 94063

March 14, 2001

Dear Stockholder:

You are cordially invited to attend the special meeting of stockholders of Heartport, Inc. to be held on Monday, April 16, 2001, at 10:00 a.m., local time, at the offices of Gunderson Dettmer Stough Villeneuve Franklin & Hachigian, LLP, 155 Constitution Drive, Menlo Park, California.

At the special meeting, we will ask you to vote on the merger of Heartport with a subsidiary of Johnson & Johnson. In the merger, you will receive a fraction of a share of Johnson & Johnson common stock for each share of Heartport common stock that you own, based upon an exchange ratio that will be calculated by dividing $2.72 by the average per share closing price of Johnson & Johnson common stock during a period of 20 trading days ending on the second trading day immediately preceding the date on which the merger is completed. You will receive cash for any fractional share of Johnson & Johnson common stock that you would be entitled to receive in the merger.

Johnson & Johnson common stock is listed on the New York Stock Exchange under the trading symbol "JNJ" and on March 12, 2001, its closing price was $94.95 per share.

The board of directors of Heartport carefully reviewed and considered the terms and conditions of the proposed merger. Based on its review, the board of directors has determined that the terms of the merger agreement and the merger are advisable and in the best interests of Heartport and its stockholders. THE BOARD OF DIRECTORS HAS UNANIMOUSLY APPROVED AND ADOPTED THE MERGER AGREEMENT AND RECOMMENDS THAT YOU VOTE "FOR" THE ADOPTION OF THE MERGER AGREEMENT.

Your vote is important. We cannot complete the merger unless the merger agreement is adopted by the affirmative vote of a majority of the shares of Heartport common stock outstanding and entitled to vote at the special meeting. Failure to submit a signed proxy or vote in person at the special meeting will have the same effect as a vote against adoption of the merger agreement. Only stockholders who owned shares of Heartport common stock at the close of business on March 9, 2001 will be entitled to vote at the special meeting.

PLEASE COMPLETE, SIGN, DATE AND RETURN YOUR PROXY. If you hold your shares in "street name", you should instruct your broker how to vote in accordance with the voting instruction form that your broker will provide.

The accompanying proxy statement/prospectus explains the proposed merger and merger agreement and provides specific information concerning the special meeting, and the accompanying Annual Report on Form 10-K of Heartport for the

---

*Source:* SEC Info · www.secinfo.com · *Fran Finnegan & Company* · 2/11

Exhibit 8
Page 2

year ended December 31, 2000 contains important business and financial information relating to Heartport. Please review both documents carefully. YOU SHOULD CONSIDER THE MATTERS DISCUSSED UNDER "RISK FACTORS RELATING TO THE MERGER" ON PAGE 11 OF THIS PROXY STATEMENT/PROSPECTUS BEFORE VOTING.

Sincerely,

/s/ Casey M. Tansey

Casey M. Tansey
President and Chief Executive Officer

NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES REGULATOR HAS APPROVED OR DISAPPROVED THE MERGER DESCRIBED IN THIS PROXY STATEMENT/PROSPECTUS OR THE JOHNSON & JOHNSON COMMON STOCK TO BE ISSUED IN CONNECTION WITH THE MERGER, OR DETERMINED IF THIS PROXY STATEMENT/PROSPECTUS IS ACCURATE OR ADEQUATE. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

THIS PROXY STATEMENT/PROSPECTUS IS DATED MARCH 14, 2001,

AND IS FIRST BEING MAILED TO STOCKHOLDERS ON OR ABOUT MARCH 15, 2001.

3

## REFERENCES TO ADDITIONAL INFORMATION

This proxy statement/prospectus is accompanied by Heartport's latest Annual Report on Form 10-K, which is for the year ended December 31, 2000. This proxy statement/prospectus also incorporates important business and financial information about Johnson & Johnson and Heartport from documents that are not included in or delivered with this proxy statement/prospectus. This information is available to you without charge upon your written or oral request. You can obtain the documents incorporated by reference in this proxy statement/prospectus by requesting them in writing or by telephone from the appropriate company at the following addresses and telephone numbers:

```
JOHNSON & JOHNSON              HEARTPORT, INC.
One Johnson & Johnson Plaza    700 Bay Road
New Brunswick, NJ 08933        Redwood City, CA 94063
Attention: Investor            Attention: Stockholder Relations
 Relations
Telephone: (732) 524-6491      Telephone: (650) 306-7900
```

If you would like to request documents, please do so by Monday, April 9, 2001 in order to receive them before the special meeting.

See "Where You Can Find More Information" on page 61.

Exhibit 8
Page 4

4

HEARTPORT, INC.

NOTICE OF SPECIAL MEETING OF STOCKHOLDERS

TO BE HELD ON APRIL 16, 2001

To the Stockholders of Heartport, Inc.:

We will hold a special meeting of the stockholders of Heartport, Inc. on Monday, April 16, 2001, at 10:00 a.m., local time, at the offices of Gunderson Dettmer Stough Villeneuve Franklin & Hachigian, LLP, 155 Constitution Drive, Menlo Park, California, for the following purpose:

To consider and vote upon a proposal to adopt the merger agreement among Johnson & Johnson, HP Merger Sub, Inc., a wholly owned subsidiary of Johnson & Johnson, and Heartport. In the merger, Heartport will become a wholly owned subsidiary of Johnson & Johnson, and all outstanding shares of Heartport common stock will be converted into the right to receive a number of shares of Johnson & Johnson common stock based on an exchange ratio that will be calculated shortly before the completion of the merger.

We will transact no other business at the special meeting except such business as may properly be brought before the special meeting or any adjournment of it by the board of directors of Heartport.

Only stockholders who owned shares of Heartport common stock at the close of business on March 9, 2001, the record date for the special meeting, are entitled to notice of, and to vote at, the special meeting and any adjournments or postponements of it.

We cannot complete the merger unless the merger agreement is adopted by the affirmative vote of a majority of the shares of Heartport common stock outstanding and entitled to vote at the special meeting. This proxy statement/prospectus describes the proposed merger and the actions to be taken in connection with the merger and provides additional information about the parties involved. Please give all this information your careful attention.

YOU ARE ENTITLED TO APPRAISAL RIGHTS IN CONNECTION WITH THE MERGER. In addition to appraisal rights under the Delaware General Corporation Law, the dissenters' rights provisions of the California General Corporation Law may also apply. Heartport stockholders who are not in favor of the merger and who wish to assert appraisal/dissenters' rights must comply with the relevant procedures detailed under Delaware law or California law, which are described in this proxy statement/prospectus. The full text of the relevant Delaware and California statutory provisions are reproduced in Annexes 4 and 5, respectively, to this proxy statement/prospectus.

THE BOARD OF DIRECTORS OF HEARTPORT RECOMMENDS THAT STOCKHOLDERS VOTE "FOR" ADOPTION OF THE MERGER AGREEMENT.

Whether or not you plan to attend the special meeting, please complete, sign and date the enclosed proxy and return it promptly in the enclosed postage-paid return envelope. You may revoke the proxy at any time prior to its exercise in the manner described in this proxy statement/prospectus. Any stockholder present at the special meeting, including any adjournment or postponement, may revoke such stockholder's proxy and vote personally on the merger agreement to be considered at the special meeting. Executed proxies with no instructions indicated thereon will be voted "FOR" adoption of the merger agreement.

Exhibit 8
Page 5

Please do not send any stock certificates at this time.

By order of the board of directors,

Casey M. Tansey
Director

Redwood City, California

March 14, 2001

Exhibit 8
Page 6

Johnson & Johnson · S-4/A · On 3/14/01
Document 1 of 5 · S-4/A · Amendment No. 1 to Form S-4

5

TABLE OF CONTENTS

|  | PAGE |
|---|---|
| QUESTIONS AND ANSWERS ABOUT THE MERGER | 1 |
| SUMMARY | 2 |
| General | 2 |
| The Special Meeting | 4 |
| The Merger | 4 |
| The Companies | 6 |
| Stock Prices and Dividend Information | 6 |
| Comparative Per Share Information | 8 |
| Selected Historical Consolidated Financial Data of Johnson & Johnson | 9 |
| Selected Historical Consolidated Financial Data of Heartport, Inc. | 10 |
| RISK FACTORS RELATING TO THE MERGER | 11 |
| THE SPECIAL MEETING | 12 |
| Date, Time and Place | 12 |
| Purpose of the Special Meeting | 12 |
| Record Date; Shares Entitled to Vote; Quorum | 12 |
| Votes Required | 12 |
| Voting by Heartport Directors, Executive Officers and Affiliates | 12 |
| Voting of Proxies | 12 |
| Revocability of Proxies | 13 |
| Solicitation of Proxies | 13 |
| THE COMPANIES | 14 |
| Heartport | 14 |
| Johnson & Johnson | 14 |
| THE MERGER | 15 |
| Background to the Merger | 15 |
| Reasons for the Merger and Recommendation of Heartport's Board of Directors | 17 |
| Opinion of Morgan Stanley & Co. Incorporated | 19 |
| Interests of Heartport Directors and Executive Officers in the Merger | 23 |
| Accounting Treatment | 25 |
| Form of the Merger | 25 |
| Merger Consideration | 25 |
| Ownership of Johnson & Johnson Following the Merger | 25 |
| Conversion of Shares; Procedures for Exchange of Certificates; Fractional Shares | 25 |
| Effective Time of the Merger | 26 |
| Stock Exchange Listing of Johnson & Johnson Common Stock | 26 |
| Delisting and Deregistration of Heartport Common Stock | 26 |
| Material United States Federal Income Tax Consequences of the Merger | 27 |
| Regulatory Matters | 29 |
| Appraisal/Dissenters' Rights | 29 |
| Heartport Employee Benefits Matters | 34 |
| Effect on Awards Outstanding Under Heartport Stock Plans | 34 |
| Resale of Johnson & Johnson Common Stock | 35 |
| THE MERGER AGREEMENT | 36 |

Johnson & Johnson · S-4/A · On 3/14/01
Document 1 of 5 · S-4/A · Amendment No. 1 to Form S-4

Conditions to the Completion of the Merger................ 36
No Solicitation.......................................... 37
Termination of the Merger Agreement...................... 39
Fees and Expenses........................................ 40
Conduct of Business Pending the Merger................... 40
Representations and Warranties........................... 42

i

Johnson & Johnson · S-4/A · On 3/14/01
Document 1 of 5 · S-4/A · Amendment No. 1 to Form S-4

6

PAGE
----

Certificate of Incorporation and By-laws of the Surviving
    Corporation............................................   43
Amendment; Extension and Waiver...........................   44
THE STOCKHOLDER AGREEMENT.................................   45
  Voting Arrangements and Related Provisions..............   45
  Profit Recoupment Provisions............................   45
COMPARATIVE STOCK PRICES AND DIVIDENDS....................   47
DESCRIPTION OF JOHNSON & JOHNSON CAPITAL STOCK............   48
COMPARISON OF RIGHTS OF COMMON STOCKHOLDERS OF JOHNSON &
  JOHNSON AND HEARTPORT...................................   49
  Capitalization..........................................   49
  Number, Election, Vacancy and Removal of Directors......   49
  Amendments to Charter Documents.........................   50
  Amendments to By-laws...................................   51
  Action by Written Consent...............................   51
  Notice of Stockholder Actions...........................   52
  Special Stockholder Meetings............................   52
  Stockholder Inspection Rights; Stockholder Lists........   53
  Limitation of Personal Liability and Indemnification of
    Directors and Officers................................   53
  Dividends...............................................   55
  Conversion..............................................   55
  Rights Plan.............................................   55
  Voting Rights; Required Vote for Authorization of Certain
    Actions...............................................   56
LEGAL MATTERS.............................................   60
EXPERTS...................................................   60
OTHER MATTERS.............................................   61
FUTURE STOCKHOLDER PROPOSALS..............................   61
WHERE YOU CAN FIND MORE INFORMATION.......................   61
SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS.........   64
ANNEXES
    Annex 1 -- Amended and Restated Agreement and Plan of
               Merger
    Annex 2 -- Stockholder Agreement
    Annex 3 -- Opinion of Morgan Stanley & Co. Incorporated
    Annex 4 -- Appraisal Rights under Delaware Law (Section
               262 of the Delaware General Corporation Law)
    Annex 5 -- Dissenters' Rights under California Law
               (Chapter 13 of the California General
               Corporation Law)

ii

Exhibit 8
Page 9

Johnson & Johnson · S-4/A · On 3/14/01
Document 1 of 5 · S-4/A · Amendment No. 1 to Form S-4

7

QUESTIONS AND ANSWERS ABOUT THE MERGER

Q:  WHAT WILL HAPPEN TO HEARTPORT AS A RESULT OF THE MERGER?

A: If the merger is completed, Heartport will become a wholly owned subsidiary
   of Johnson & Johnson.

* * *

If you are a stockholder, we may have sent you some of the documents
incorporated by reference, but you can obtain any of them through the companies,
the Securities and Exchange Commission or the Securities and Exchange
Commission's website as described above. Documents incorporated by reference are
available from the companies without charge, excluding all exhibits, except that
if the companies have specifically incorporated by reference an exhibit in this
proxy statement/prospectus, the exhibit will also be

62

Exhibit 8
Page 10

Johnson & Johnson · S-4/A · On 3/14/01
Document 1 of 5 · S-4/A · Amendment No. 1 to Form S-4

---

69

provided without charge. Stockholders may obtain documents incorporated by
reference in this proxy statement/prospectus by requesting them in writing or by
telephone from the appropriate company at the following addresses:

|  |  |
|---|---|
| Johnson & Johnson | Heartport, Inc. |
| One Johnson & Johnson Plaza | 700 Bay Road |
| New Brunswick, NJ 08933 | Redwood City, CA 94063 |
| Attention: Corporate Secretary's Office | Attention: Stockholder Relations |
| Telephone: (732) 524-2455 | Telephone: (650) 306-7900 |

You should rely only on the information contained or incorporated by
reference in this proxy statement/prospectus. We have not authorized anyone to
provide you with information that is different from what is contained in this
proxy statement/prospectus. This proxy statement/prospectus is dated March 14,
2001. You should not assume that the information contained in this proxy
statement/prospectus is accurate as of any date other than that date. Neither
the mailing of this proxy statement/prospectus to stockholders nor the issuance
of Johnson & Johnson common stock in the merger creates any implication to the
contrary.

63

Source:  SEC Info · www.secinfo.com · Fran Finnegan & Company · 11/11

Exhibit 8
Page 11

**EXHIBIT 9**

Heartport Inc · 425 · Heartport Inc · On 1/26/01
Document 1 of 1 · 425 · Business-Combination Transaction Communication

1

Filed by Heartport, Inc.
Filed pursuant to Rules 165 and 425 promulgated under the
Securities Act of 1933, as amended, and deemed filed
pursuant to Rule 14a-12 promulgated under the
Securities Exchange Act of 1934, as amended

Subject Company:  Heartport, Inc.
Commission File No.:  0-28266

PRESS RELEASE

### JOHNSON & JOHNSON TO ACQUIRE HEARTPORT, INC.

New Brunswick, NJ, January 26, 2001 - Johnson & Johnson (NYSE: JNJ), the
worldwide manufacturer of health care products, and Heartport, Inc. (NASDAQ:
HPRT), a manufacturer of less invasive cardiac surgery products, today announced
that they have entered into a definitive agreement pursuant to which Johnson &
Johnson will acquire Heartport.

The transaction will be accounted for under the purchase method and is valued at
approximately $81 million. Heartport shareholders will receive $2.72 in Johnson
& Johnson common stock for each outstanding share of Heartport.

Heartport, Inc., located in Redwood City, California, is one of the industry
pioneers in developing, manufacturing and selling less invasive cardiac surgery
products that enable surgeons to perform a wide range of less invasive
open-chest and minimally invasive heart operations, including stopped heart and
beating heart procedures.

Heartport will become a wholly owned subsidiary of Johnson & Johnson and will
operate as a part of the ETHICON Worldwide franchise, which manufactures and
markets surgical devices.

"The addition of Heartport demonstrates Johnson & Johnson's expanding commitment
to the cardiovascular market. It further broadens our worldwide offering of
innovative surgical solutions for our customers and it provides ETHICON with a
full complement of products to meet the cardiac surgeon's needs in this rapidly
growing segment," said Dennis Longstreet, Company Group Chairman, ETHICON
Worldwide.

"We believe this agreement best benefits our shareholders, surgeons and most of
all their patients. Our goal has always been to bring the benefits of less
invasive cardiac surgery to the widest possible patient population. We firmly
believe ETHICON has been and is equally committed to that goal as well," said
Casey M. Tansey, Heartport's President and Chief Executive Officer.

The transaction is subject to customary conditions, including approval by a
majority of the shareholders of Heartport and Hart-Scott-Rodino clearance. The
companies expect the transaction to be completed during the second quarter of
2001.

* * * * *

This press release contains "forward-looking statements" as defined in the

Exhibit 9
Page 1

Private Securities Litigation Reform Act of 1995. These statements are based on current expectations of future events. If underlying assumptions prove inaccurate or unknown risks or uncertainties materialize, actual results could vary materially from the companies' expectations and projections. Risks and uncertainties include general industry conditions and competition; economic conditions, such as interest rate and currency exchange rate fluctuations; technological advances and patents attained by competitors; challenges inherent in new product development, including obtaining regulatory approvals; domestic and foreign health care reforms and governmental laws and regulations; and trends toward health care cost containment. These and other applicable risks are summarized in the cautionary statement filed as Exhibit 99(b) to Johnson & Johnson's Annual Report on Form 10-K for the fiscal year ended January 2, 2000 and under the caption "Risk Factors" in Heartport's Quarterly Report for the quarterly period ended September 30, 2000, each of which is filed with the Securities and Exchange Commission. Neither Johnson & Johnson nor Heartport assumes any obligation to update any forward-looking statements as a result of new information or future events or developments.

Johnson & Johnson and Heartport will file a proxy statement/prospectus and other documents regarding the proposed acquisition described in this press release with the Securities and Exchange Commission. Investors and security holders are urged to read the proxy statement/prospectus when it becomes available, because it will contain important information about Johnson & Johnson, Heartport and the proposed transaction. A definitive proxy statement/prospectus will be sent to security holders of Heartport seeking their approval of the transaction. Investors and security holders may obtain a free copy of the definitive proxy statement/prospectus (when available) and other documents filed by Johnson & Johnson and Heartport with the SEC at the SEC's web site at www.sec.gov. The definitive proxy statement/prospectus and other documents may also be obtained for free by directing a request to:

> Johnson & Johnson
> One Johnson & Johnson Plaza
> New Brunswick, New Jersey  08933
> Attn:  Investor Relations
> [Tel] 732-524-6491

or

> Heartport, Inc.
> 700 Bay Road
> Redwood City, California 94063
> Attn:  Investor Relations
> [Tel] 650-482-4290

Johnson & Johnson, its directors, executive officers and certain other members of Johnson & Johnson's management and employees may be deemed to be participants in the solicitation of proxies from Heartport's stockholders with respect to the transactions contemplated by the proposed transaction described above. Information regarding the participants is included in Johnson & Johnson's proxy statement for its 2000 Annual Meeting of Stockholders, which was filed with the SEC on March 8, 2000.

~~This document is available free of charge at the SEC's Web site at~~ http://www.sec.gov and from Johnson & Johnson.

Heartport, its directors, executive officers and certain other members of Heartport's management and employees may be deemed to be participants in the solicitation of proxies from Heartport's stockholders with respect to the transactions contemplated by the proposed transaction described above. Information regarding the participants is included in Heartport's proxy

Exhibit 9
Page 2

statement for its 2000 Annual Meeting of Stockholders, which was filed with the SEC on May 1, 2000. This document is available free of charge at the SEC's Web site at http://www.sec.gov and from Heartport.

CONTACTS:

Johnson & Johnson Contacts:
Jeff Leebaw - Media Relations
732-524-3350
Helen Short - Investor Relations
732-524-6491
Andrea Ferris -Investor Relations
732-524-6486

Heartport Contacts:
Casey Tansey
650-482-4290
Jim Weiss
415-203-0328

*Source:* SEC Info · www.secinfo.com · *Fran Finnegan & Company* · 4/30/08

Exhibit 9
Page 3

rmint
http://www.investor.jnj.com/releaseDetail.cfm?releaseid=05828



Johnson & Johnson    Home    Our Products    Our Caring    Our Company

🖶 Print page | | 📄 Download PDF | 🗐 Add to briefcase      | Next Release »

# Johnson & Johnson Announces Completion Of Merger With Heartport, Inc

NEW BRUNSWICK, N.J., and REDWOOD CITY, Calif., April 18 — Johnson & Johnson (NYSE: JNJ), the worldwide manufacturer of health care products, and Heartport, Inc. (Nasdaq: HPRT), a pioneer in less invasive cardiac surgery, today announced the completion of their previously announced merger, valued at approximately $81 million. The transaction was completed after Heartport shareholders voted to approve the merger agreement with Johnson & Johnson.

A wholly-owned Johnson & Johnson subsidiary has been merged with and into Heartport. Heartport will operate as part of the CARDIOVATIONS division of Ethicon, Inc., a Johnson & Johnson company. Ethicon is a global leader in developing and marketing products for surgery in the areas of wound closure and wound management, surgical sports medicine, women's health and cardiovascular surgery.

Heartport manufactures and markets less invasive cardiac surgery products that enable surgeons to perform a wide range of less invasive open-chest and minimally invasive heart operations, including stopped heart and beating heart procedures.

"This merger creates a new force in cardiac surgery and further solidifies Johnson & Johnson's commitment to this growing and important healthcare segment," said Dennis N. Longstreet, Company Group Chairman, Ethicon Worldwide.

Holders of Heartport common stock will receive 0.0307 in Johnson & Johnson common stock for each outstanding share of Heartport. Johnson & Johnson intends to purchase the number of shares of Johnson & Johnson common stock equal to the number of such shares issued in connection with this merger. Johnson & Johnson intends to complete such purchases through open market transactions within 90 days.

Johnson & Johnson, with 99,200 employees, is the world's most comprehensive and broadly-based manufacturer of health care products, as well as a provider of related services for the consumer, pharmaceutical and medical devices and diagnostics markets. Johnson & Johnson has more than 190 operating companies in 51 countries around the world, selling products in more than 175 countries.

(This press release contains "forward-looking statements" as defined in the Private Securities Litigation Reform Act of 1995. These statements are based on current expectations of future events. If underlying assumptions prove inaccurate or unknown risks or uncertainties materialize, actual results could vary materially from the companies' expectations and projections. Risks and uncertainties include general industry conditions and competition; economic conditions, such as interest rate and currency exchange rate fluctuations; technological advances and patents attained by competitors; challenges inherent in new product development, including obtaining regulatory approvals; domestic and foreign health care reforms and governmental laws and regulations; and trends toward health care cost containment. These and other applicable risks are summarized in the cautionary statement filed as Exhibit 99(b) to Johnson & Johnson's Annual Report on Form 10-K for the fiscal year ended December 31, 2000 and under the caption "Risk Factors" in Heartport's Quarterly Report for the quarterly period ended December 31, 2000, each of which is filed with the Securities and Exchange Commission. Neither Johnson & Johnson nor Heartport assumes any obligation to update any forward-looking statements as a result of new information or future events or developments.) SOURCE Johnson & Johnson

Close window | Back to top

This site is governed solely by applicable U.S laws and governmental regulations. Please see our Privacy Policy. Use of this site constitutes your consent to application of such laws and regulations and to our Privacy Policy Your use of the information on this site is subject to the terms of our Legal Notice. You should view the News section and the most recent SEC Filings in the Investor section in order to receive the most current information made available by

Case 1:08-cv-00091-GMS    Document 23-4    Filed 05/01/2008    Page 6 of 6

All contents © Copyright Johnson & Johnson Services, Inc. 1997-2008. All Rights Reserved.

Exhibit 9
Page 5

**EXHIBIT 10**

Ethicon, Inc (Heartport) - Redwood City, California (CA) | Company Profile            Page 1 of 2

Home | About Us | myManta™ | FAQ | View Cart

Login: [                ] [                ]

Not a member? Learn more.

**FREE Healthcare Magazine
Subscriptions and White Papers**

**COMPANIES:** U.S., U.S. Public, Australia, Canada, U.K., Worldwide

**RESOURCES:** Jobs, Market Research, News , Vendor Quotes, Free Magazines

Enter U.S. Company Name          [Search]

**BUSINESS CENTERS:** Travel, Small Biz, Career

Company Profiles > Find Companies > Redwood City, CA > Health > Medical Equipment & Device > Surgical and Medical Instruments and Apparatus > Surgical instruments and apparatus > Ethicon, Inc Company Profile

## Ethicon, Inc (Heartport)

700 Bay Rd, Redwood City, CA 94063-2477, United States  (Map) (Add to Company Profile)
**Phone:**  (650) 306-7900
**Also Does Business As:** Heartport; Heartport
**URL:**  Activate Links www.ethiconinc.com, www.ethiconinc.com
**SIC:** Surgical and Medical Instruments and Apparatus
**Line of Business:** Mfg Medical Devices

Ads by Google

Medical Instruments Over 20,000 Instruments in Stock. All Tyes & Sizes, Free UPS Shipping

Surgical Instruments German Manufacturer of first class surgical equipment.

Discount Medical Supplies Low prices and volume discounts Wide selection of medical equipment

The ads are not affiliated with Ethicon, Inc

**Detailed Ethicon, Inc Company Profile**
This company profile is for the private company Ethicon, Inc, branch located in Redwood City, CA. Heartport's line of business is mfg medical devices.

**Company Profile: Ethicon, Inc**

**Year Started:** N/A
**State of Incorporation:** N/A
**URL:** Activate Links
www.ethicon.com, www.ethiconinc.com
**Location Type:** Branch Location
**Parent Companies:**  Ethicon, Inc ,
Johnson & Johnson
**Stock Symbol:** N/A
**Stock Exchange:** N/A
**Also Does Business As:** Heartport;
Heartport
**NAICS:** N/A
**SIC #Code:**  View Details
**Est. Annual Sales:** N/A
**Est. Employees:** 0
**Est. Employees at Location:** 250
**Contact Name:** John J O'shea

**Medical Instruments**
Over 20,000 Instruments in Stock. All Tyes & Sizes, Free UPS Shipping
www.atlanticmedsupply.com

**Surgical Instruments**
German Manufacturer of first class surgical equipment.
www.adeor.com

**Discount Medical Supplies**
Low prices and volume discounts Wide selection of medical equipment
www.everydaymedical.com

Ads by Google

Add Company To List
Add/View Note
Add Contact
View Contacts
Add to Company Profile
Set Company Alert
>> go to myManta

**Find** Jobs in Redwood City, CA

http://www.manta.com/coms2/dnbcompany_y71jv                    4/30/2008

Exhibit 10
Page 1

Ethicon, Inc (Heartport) - Redwood City, California (CA) | Company Profile                          Page 2 of 2

**Contact Title:** Chief Finance Officer

*Data above provided by D&B.*

**Additional Ethicon, Inc Company Information**

**Have some information to add about Ethicon, Inc?**
Manta allows *you* to make additions and corrections to the information available for the *Ethicon, Inc* company profile. »Learn More

   Add to Company Profile

**Set Company Alert**
Stay in the know. Sign up to receive email alert notification when new information about Ethicon, Inc is available.

   Set Company Alert

**Looking for reports & articles on Ethicon, Inc?**
Manta also provides financial reports, credit reports, news articles, and market research reports on Ethicon, Inc.

   View Reports & Articles

Copyright 2007 Dun and Bradstreet, Inc. All Rights Reserved.



We provide affordable coverage for more small businesses nationwide than any other carrier.

Learn more

UnitedHealthcare
Healing health care. Together.

#1 FOR SMALL BUSINESS





Find repo and artic on Ethic Inc

Find othe Ethic Inc com

More Com In: This Indu Redv City, CA

Privacy Policy | Refund Policy | Contact Us | Advertise | Local Ads | Terms & Conditions | Site Map | Manta Partners

Copyright © 2008, ECNext, Inc. All Rights Reserved.