## RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

May 1, 2008

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   *Edwards Lifesciences AG, et al v. CoreValve Inc.*
      C.A. No. 08-CV-00091-GMS

Dear Chief Judge Sleet:

Pursuant to District of Delaware Local Rule 7.1.4, defendant CoreValve, Inc. ("CoreValve") respectfully requests that Your Honor hear oral argument on CoreValve's Motion to Transfer Case to the Central District of California, Southern Division, (D.I. 15), filed on April 4, 2008. Briefing on the Motion has been completed.

If Your Honor should have any questions, counsel remains available at the Court's convenience.

Respectfully submitted,

Chad M. Shandler (#3796)

CS:ps
cc:   Clerk of the Court (by electronic filing)
      Jack B. Blumenfeld, Esq. (via electronic mail)

RLF1-3276210-1