# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

May 5, 2008

The Honorable Gregory M. Sleet                    *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

        Re:    *Edwards Lifesciences AG, et al. v. CoreValve, Inc.*
               C.A. No. 08-91 (GMS)

Dear Chief Judge Sleet:

        Plaintiffs join in defendant's request for oral argument on its motion to transfer this action to the Central District of California. We would also be prepared to discuss that motion as part of a scheduling conference. Plaintiffs would like to move this case forward, and to have a schedule set. The defendant has argued that one reason this case should be transferred is that the California Court would be likely to resolve this case more quickly than this Court will. Thus, it appears that the defendant also wants to have a schedule set that will lead to a prompt resolution.

                                                       Respectfully,

                                                       Jack B. Blumenfeld

JBB/dlb
cc:    Clerk of Court (Via Hand Delivery)
        Frederick L. Cottrell, III, Esquire (Via Electronic Mail and Hand Delivery)
        J. David Evered, Esquire (Via Electronic Mail)
        John E. Nathan, Esquire (Via Electronic Mail)