IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARDS LIFESCIENCES AG and<br>EDWARDS LIFESCIENCES LLC,<br><br>               Plaintiffs,<br><br>    v.<br><br>COREVALVE, INC.,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 08-91 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF AS COUNSEL FOR PLAINTIFFS**

The appearance of Michael Beck of PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP is hereby withdrawn as counsel for plaintiffs Edwards Lifesciences AG and Edwards Lifesciences LLC ("Edwards"). Edwards will continue to be represented by the law firms of PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP and MORRIS, NICHOLS, ARSHT & TUNNELL LLP.

                                       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                       */s/ Jack B. Blumenfeld*
                                       Jack B. Blumenfeld (#1014)
                                       Maryellen Noreika (#3208)
                                       1201 North Market Street
                                       P.O. Box 1347
                                       Wilmington, DE 19899-1347
                                       (302) 658-9200
                                       *Attorneys for Plaintiffs*

*Of Counsel*:

John E. Nathan
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

July 31, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Frederick L. Cottrell, III, Esquire
>Chad M. Shandler, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused copies of the foregoing document to be served on July 31, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Chad M. Shandler, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| J. David Evered, Esquire<br>Joseph R. Re, Esquire<br>Joseph S. Cianfrani, Esquire<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street<br>Fourteenth Floor<br>Irvine, CA 92614 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)