IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARDS LIFESCIENCES AG and EDWARDS LIFESCIENCES LLC,<br><br>                  Plaintiffs,<br><br>                  v.<br><br>COREVALVE, INC. and MEDTRONIC COREVALVE, LLC<br><br>                  Defendants. | C.A. No. 08-091-GMS |

## DEFENDANTS' PROPOSED VERDICT FORM

We, the jury, having duly deliberated on the evidence presented by the parties, answer the interrogatories posed by the Court as follows:

## I.     PATENT INFRINGEMENT

**QUESTION 1:**

Has Edwards proven by a preponderance of the evidence that the CoreValve Generation 3 ReValving System literally infringes Claim 1 of the '552 Patent?

YES _____ (for Edwards)          NO _____ (for CoreValve)

**If you answered "yes" to Question 1, go to Question 3.**

**If you answered "no" to Question 1, go to Question 2.**

**QUESTION 2:**

Has Edwards proven by a preponderance of the evidence that the CoreValve Generation 3 ReValving System infringes Claim 1 of the '552 Patent under the Doctrine of Equivalents?

YES _____ (for Edwards)          NO _____ (for CoreValve)

**If you answered "yes" to Question 2, go to Question 3.**

**If you answered "no" to both Questions 1 and 2, go to Question 4.**

## II. <u>WILLFUL PATENT INFRINGEMENT</u>

**<u>QUESTION 3</u>:**

Has Edwards proven by clear and convincing evidence that CoreValve's infringement of Claim 1 of the '552 Patent was willful?

YES _____ (for Edwards)          NO _____ (for CoreValve)

**Please go to Question 4.**

## III. PATENT VALIDITY

**QUESTION 4**:

Has CoreValve proven by clear and convincing evidence that Claim 1 of the '552 Patent is invalid because it is not enabled?

YES _____ (for CoreValve)     NO _____ (for Edwards)

**Please go to Question 5.**

## IV. EDWARDS' DAMAGES

**If you found that CoreValve has infringed Claim 1 of the '552 Patent (either literally or under the Doctrine of Equivalents), and that CoreValve did not prove that Claim 1 of the '552 Patent is invalid, you must decide the amount of damages adequate to compensate Edwards for CoreValve's infringement.**

### QUESTION 5:

If you believe that Edwards has proven by a preponderance of the evidence that it is entitled to lost profits for a portion of CoreValve's infringing sales, please enter the amount of lost profits:

      Answer: $ _____

### QUESTION 6:

For those CoreValve infringing sales for which you did not award Edwards lost profits, what is the amount of reasonable royalty to which Edwards is entitled?

      Answer: $ _____

### QUESTION 7:

In answering Question 6, please state the royalty rate you applied.

Answer: _____%

## **QUESTION 8:**

In answering Question 6, please state the date for the hypothetical negotiation you used.

Answer: _____

Dated: April __, 2010                    _____
                                          Foreperson

**CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire, hereby certify that on April 1, 2010, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Maryellen Noreika, Esquire
> Morris Nichols Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> *jblumenfeld@mnat.com*
> *mnoreika@mnat.com*

I further certify that on April 1, 2010**,** I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants:

> John E. Nathan, Esquire
> Catherine Nyarady, Esquire
> Brian P. Egan, Esquire
> Paul Weiss Rifkind Wharton & Garrison LLP
> 1285 Avenue of the Americas
> New York, NY 10019
> *jnathan@paulweiss.com*
> *cnyarady@paulweiss.com*
> *began@paulweiss.com*

> YOUNG CONAWAY STARGATT
> & TAYLOR, LLP
>
> */s/ Karen E. Keller*
> Karen E. Keller (No. 4489) [kkeller@y*cst.com*]
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
>
> *Counsel for Defendants*