IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWARDS LIFESCIENCES AG and<br>EDWARDS LIFESCIENCES LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 08-91 (GMS) |
| v. | )<br>) | |
| COREVALVE, INC. and MEDTRONIC<br>COREVALVE LLC, | )<br>)<br>) | |
| Defendants. | ) | |

**STIPULATION AND ORDER REGARDING BRIEFING
ON EDWARDS' MOTION FOR PERMANENT INJUNCTION,
<u>ACCOUNTING AND RELATED RELIEF</u>**

WHEREAS, plaintiffs Edwards Lifesciences AG and Edwards Lifesciences LLC (collectively "Plaintiffs") filed a Motion for a Permanent Injunction, Accounting and Related Relief (the "Injunction Motion") on May 28, 2010 (D.I. 356);

WHEREAS, the Court has entered stipulations for briefing certain post-trial motions (D.I. 325, 349) whereby briefing will be complete on those motions July 12, 2010;

WHEREAS, due to the relief requested, the briefing on other motions, and counsels' pre-planned vacations, the parties require additional time to prepare answering and reply briefs;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that briefing on Plaintiffs' Injunction Motion shall proceed according to the following schedule:

        Defendants' Answering Brief:        July 26, 2010 (by 3:00 p.m.)

        Plaintiffs' Reply Brief:        August 17, 2010

| MORRIS NICHOLS ARSHT & TUNNELL LLP | YOUNG CONWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Pilar G. Kraman* |
| Jack B. Blumenfeld (#1014) | John W. Shaw (#3362) |
| Maryellen Noreika (#3208) | Karen E. Keller (#4489) |
| 1201 North Market Street | Pilar G. Kraman (#5199) |
| P.O. Box 1347 | The Brandywine Building |
| Wilmington, DE  19899-1347 | 1000 West Street, 17th Floor |
| (302) 658-9200 | Wilmington, D 19801 |
| jblumenfeld@mnat.com | (302) 571-6600 |
| mnoreika@mnat.com | jshaw@ycst.com |
| *Attorneys for Plaintiffs* | kkeller@ycst.com |
|  | pkraman@ycst.com |
|  | *Attorneys for Defendants* |

SO ORDERED this _____ day of June _____, 2010.

_____
United States District Judge