IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARDS LIFESCIENCES AG, et al., | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 08-91 (GMS) |
| COREVALVE, INC., et al., | ) REDACTED - PUBLIC VERSION |
| Defendants. | ) |

**DECLARATION OF PATRICK BRADY IN SUPPORT OF
EDWARDS' MOTION FOR A PERMANENT INJUNCTION**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Regina S. E. Murphy (#5648)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
rmurphy@mnat.com
  *Attorneys for Plaintiffs Edwards Lifesciences AG
  and Edwards Lifesciences LLC*

*Of Counsel*:

John E. Nathan
Catherine Nyarady
Kripa Raman
Brian P. Egan
Christopher Terranova
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

Originally Filed: April 24, 2013
Redacted Version Filed: April 29, 2013

REDACTED

IN ITS

ENTIRETY

# EXHIBITS 1-4 REDACTED IN THEIR ENTIRETY

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2013 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 29, 2013 upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>David M. Fry, Esquire<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Robert A. Van Nest, Esquire<br>Brian L. Ferrall, Esquire<br>Nikki K. Vo, Esquire<br>Kate E. Lazarus, Esquire<br>Simona A. Agnolucci, Esquire<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

*/s/ Regina S.E. Murphy*
Regina S.E. Murphy (#5648)