IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARDS LIFESCIENCES AG, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 08-91 (GMS) |
| ) | |
| COREVALVE, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF CHRISTOPHER TERRANOVA

I, Christopher Terranova, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am associated with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Edwards Lifesciences AG and Edwards Lifesciences LLC (collectively "Edwards") in the above-captioned matter. Unless stated otherwise, the facts stated herein are of my own personal knowledge, and if called as a witness I could competently testify thereto.

2. Attached as Exhibit C is a true and correct copy of an April 21, 2014 Order by the U.S. Court of Appeals for the Federal Circuit in Case No. 2014-1409.

3. Attached as Exhibit D is a true and correct copy of an May 7, 2014 Order by the U.S. Court of Appeals for the Federal Circuit in Case No. 2014-1409.

4. Attached as Exhibit E is a true and correct copy of an April 21, 2014 email from Peggy Wasowicz on behalf of Rhonda Robb, Medtronic VP and GM for Structural Heart, titled "Medtronic Catheter Update."

5. Attached as Exhibit F is a true and correct copy of an April 13, 2014 email from Rhonda Robb, Medtronic VP and GM for Catheter Based Therapies, titled "Important CoreValve Program Update."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2014.

Christopher Terranova

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2014 electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 19, 2014 upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>David M. Fry, Esquire<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Edward R. Reines, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Robert A. Van Nest, Esquire<br>Brian L. Ferrall, Esquire<br>Nikki K. Vo, Esquire<br>Kate E. Lazarus, Esquire<br>Simona A. Agnolucci, Esquire<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)