# EXHIBIT C

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARDS LIFESCIENCES AG AND EDWARDS LIFESCIENCES LLC,**
*Plaintiffs-Appellees,*

v.

**COREVALVE, INC. AND MEDTRONIC COREVALVE, LLC,**
*Defendants-Appellants.*

---

2014-1409

---

Appeal from the United States District Court for the District of Delaware in No. 1:08-cv-00091-GMS, Chief Judge Gregory M. Sleet.

---

**ON MOTION**

---

Before RADER, *Chief Judge*, NEWMAN and PROST, *Circuit Judges*.

Order for the court filed PER CURIAM.

Dissenting order filed by *Circuit Judge* NEWMAN.

PER CURIAM.

# O R D E R

CoreValve, Inc. and Medtronic CoreValve, LLC (Medtronic) move for an emergency stay of the district court's preliminary injunction pending the disposition of this appeal. Edwards Lifesciences AG and Edwards Lifesciences LLC oppose. Medtronic replies. Edwards moves for leave to file a sur-reply.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay is granted. The district court's injunction is stayed pending further notice by this court.

(2) The motion to file a sur-reply is granted.

                FOR THE COURT

                /s/ Daniel E. O'Toole
                Daniel E. O'Toole
                Clerk of Court

s30

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARDS LIFESCIENCES AG AND EDWARDS LIFESCIENCES LLC,**
*Plaintiffs-Appellees,*

v.

**COREVALVE, INC. AND MEDTRONIC COREVALVE, LLC,**
*Defendants-Appellants.*

---

2014-1409

---

Appeal from the United States District Court for the District of Delaware in No. 1:08-cv-00091-GMS, Chief Judge Gregory M. Sleet.

---

**ON MOTION**

---

NEWMAN, *Circuit Judge*, dissenting.

I would deny the motion to stay subject to the terms of the recent agreement between Edwards and Medtronic that Medtronic may provide its devices pending this appeal.

# EXHIBIT D

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARDS LIFESCIENCES AG** AND **EDWARDS LIFESCIENCES LLC,**
*Plaintiffs-Appellees,*

v.

**COREVALVE, INC.** AND **MEDTRONIC COREVALVE, LLC,**
*Defendants-Appellants.*

---

2014-1409

---

Appeal from the United States District Court for the District of Delaware in No. 1:08-cv-00091-GMS, Chief Judge Gregory M. Sleet.

Before, NEWMAN, PROST, and WALLACH, *Circuit Judges.*

Order for the court filed PER CURIAM.

Additional views filed by *Circuit Judge* NEWMAN.

Dissent filed by *Circuit Judge* WALLACH.

PER CURIAM.

### O R D E R

The order issued on April 21, 2014 in the referenced case, on motion for stay of injunction pending appeal, is

withdrawn in view of recusal of a member of the prior panel. The panel has been reconstituted and has reconsidered the motion on the record. It is concluded that the district court's stay of injunction shall remain in effect until the decision of the merits of the underlying action.

The expedited briefing schedule remains as previously scheduled. Appellant's brief is due on or before May 12, 2014. Appellee's brief is due June 12, 2014. The reply brief and joint appendix are due June 19, 2014. No extensions.

NEWMAN, *Circuit Judge* additional views.

My agreement to the stay is predicated on the representation provided by Edwards Lifesciences by sur-reply, that, as urged by the district court, Edwards and Medtronic have reached agreement as to Medtronic's right to continue to provide its product during the pendency of this appeal.

WALLACH, *Circuit Judge* dissenting.

I respectfully dissent because the parties' agreement regarding "Medtronic's right to continue to provide its product during the pendency of this appeal," *supra,* shifts the weight of the public interest factor to supporting dissolution of the stay of the trial court's injunction.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's April 21, 2014 order is withdrawn.

(2) The district court's stay of its preliminary injunction shall remain in effect until the decision of the merits of the underlying action.

EDWARDS LIFESCIENCES AG v. COREVALVE, INC. 3

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

# EXHIBIT E

From: Wasowicz, Peggy [mailto:peggy.wasowicz@medtronic.com] On Behalf Of Robb, Rhonda
Sent: Monday, April 21, 2014 3:54 PM
Subject: Medtronic Catheter Update


To Our Valued Clinical Partners:

Since our update over the weekend, we are pleased to announce very good news for your patients−the Federal Court of Appeals has granted Medtronic's motion to postpone the injunction that would have prevented us from selling our CoreValve® System in the United States until that Court can decide the merits of the appeal.

What does this mean?

- This means our training and commercial efforts will continue, as before, until we learn the final outcome of the appeal.

- In preparation for the appeal, the companies are required to have final briefings into the court by June 19th, and the Court may rule any time after that on the merits of the injunction. The appeal ruling is expected to take place late summer.

- While we remain confident in our appeal, in the interim, Medtronic will continue to work with Edwards to find a mechanism which will, if an injunction is put in place, enable physicians at facilities currently trained on CoreValve to (in the words of the Court's ruling) 'make clinical, patient-by-patient determinations as to whether to implant [CoreValve or the Edwards device] without being constrained by the number of CoreValve…available'.

- Medtronic and Edwards will report back to the Federal Court by May 21st to discuss the status of this mechanism.

- We will continue to provide you with status updates when appropriate.

Click here to link to the public statement that Medtronic issued on Saturday with further details about our appeal.

In the meantime, patients and physicians in the U.S. who have questions about CoreValve System may contact the Medtronic LifeLine at 1-877-526-7890.

Sincerely,

| | |
|---|---|
| John Liddicoat, MD | Rhonda Robb |
| SVP and President, Structural Heart | VP and General Manager, Structural Heart |
| Medtronic, Inc. | Medtronic, Inc. |

# EXHIBIT F

From: "Robb, Rhonda" <rhonda.robb@medtronic.com>
Date: April 13, 2014, 5:06:10 PM CDT
To: undisclosed-recipients:;
Cc: "Robb, Rhonda" <rhonda.robb@medtronic.com>, "Liddicoat, John, M.D." <john.liddicoat@medtronic.com>, "Fonseca, Todd" <todd.fonseca@medtronic.com>, "Alkire, JoAnne Gorski" <joanne.gorski.alkire@medtronic.com>, "Bruner, Carole" <carole.bruner@medtronic.com>
Subject: Important CoreValve Program Update

Dear U.S. Investigators,

By now you have likely heard news about Friday's legal ruling regarding the Medtronic CoreValve® System in the U.S. The Federal District Court of Delaware granted in part Edwards Lifesciences' motion for a preliminary injunction that prevents Medtronic from selling or offering to sell CoreValve in the United States. Additional details are addressed in a press release issued by Medtronic.

This ruling is extremely disappointing, especially in light of the extraordinary commitment and exceptional clinical results demonstrated by all of you and your teams within the U.S. CoreValve clinical trial program.

In his ruling, the Judge stated: "The Court is convinced that the CoreValve Generation 3 is a safer device and that patients in whom it is implanted have better outcomes with a lower risk of death. At the same time, the Court cannot downplay the strong public interest favoring enforcement of patent rights."

Medtronic is committed to supporting you and your patients as best as possible in light of this ruling. Following is some information on the decision and our understanding of the implications:

- At the request of Medtronic, the district court agreed to stay, or postpone implementation of the injunction for seven (7) business days in order that Medtronic may seek relief at the appellate level and to enable time for hospitals to be notified with an orderly wind-down of commercial activity. At the end of the day on April 22, all commercial sales and training of new sites will cease, subject to the establishment of a process for sites that have already been trained as set forth in the next bullet. According to the Court ruling, trained sites will be deemed as those who have achieved CoreValve proctor-free status as of April 11, 2014.

- The Judge ordered Medtronic and Edwards to work together to create a mechanism which would permit Medtronic to make sufficient CoreValve product available commercially at hospitals already trained to, "enable physicians to make a clinical judgment as to whether to implant a [CoreValve] or Edwards device….". Medtronic will immediately approach Edwards to establish this process.

- Medtronic will immediately ask the Federal Circuit Court of Appeals to prevent the injunction from going into effect until it determines if it was properly issued. We will keep you updated on the status of this decision.

- Medtronic and Edwards are to report back to the Court on May 21, 2014 regarding progress made in establishing the process mentioned above. At that point, or before, we hope to have an agreement with Edwards that will allow trained centers to resume commercial use of CoreValve based on clinical judgment per the court order.

- Our current U.S. clinical trials are unaffected by this ruling and Medtronic may continue to distribute CoreValve for use in our CoreValve U.S. Pivotal High Risk and Expanded Use studies, and the SURTAVI Trial. Our field team will continue to work with you to support clinical trial implants.

Our field team will be following up with you immediately next week to address questions and plan next steps. Our focus over the coming days will be on supporting you and your patients in the best way possible given this extremely challenging situation. Please do not hesitate to contact us with questions.

We want to thank you for your extraordinary partnership. We look forward to continuing to work together in serving your patients.


John Liddicoat, MD                                                  Rhonda Robb
SVP and President, Structural Heart            VP and GM, Catheter Based Therapies

© 2014 Medtronic, Inc.


[CONFIDENTIALITY AND PRIVACY NOTICE] Information transmitted by this email is proprietary to Medtronic and is intended for use only by the individual or entity to which it is addressed, and may contain information that is private, privileged, confidential or exempt from disclosure under applicable law. If you are not the intended recipient or it appears that this mail has been forwarded to you without proper authority, you are notified that any use or dissemination of this information in any manner is strictly prohibited. In such cases, please delete this mail from your records. To view this notice in other languages you can either select the following link or manually copy and paste the link into the address bar of a web browser: http://emaildisclaimer.medtronic.com