IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWARDS LIFESCIENCES AG and<br>EDWARDS LIFESCIENCES LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | C.A. No. 08-91 (GMS) |
| | ) | |
| COREVALVE, INC. and<br>MEDTRONIC COREVALVE LLC, | )<br>)<br>) | |
| Defendants. | ) | |

## **DECLARATION OF AIMEE WEISNER**

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>Regina Murphy (#5648)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com |
| OF COUNSEL: | rmurphy@mnat.com |
| Catherine Nyarady<br>Nicholas P. Groombridge<br>Kripa Raman<br>Brian P. Egan<br>Christopher Terranova<br>William O'Hare<br>PAUL, WEISS, RIFKIND,<br> WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019<br>(212) 373-3000 | *Attorneys for Plaintiffs Edwards Lifesciences<br>AG and Edwards Lifesciences LLC* |

May 19, 2014
8251556.1

2014-1409

# United States Court of Appeals

# For the Federal Circuit

**EDWARDS LIFESCIENCES AG and**

**EDWARDS LIFESCIENCES LLC,**

Plaintiffs-Appellees,

v.

**COREVALVE, INC. and**

**MEDTRONIC COREVALVE, LLC,**

Defendants-Appellants,

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
IN CASE NO. 08-CV-0091, CHIEF JUDGE GREGORY M. SLEET

**SUPPLEMENTAL DECLARATION OF AIMEE WEISNER IN SUPPORT OF PLAINTIFFS-APPELLEES' SUR-REPLY TO DEFENDANTS-APPELLANTS' MOTION TO STAY PRELIMINARY INJUNCTION**

I, Aimee Weisner, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I serve as Corporate Vice President, General Counsel for Edwards Lifesciences LLC ("Edwards"). I submit this Supplemental Declaration in support of Plaintiffs-Appellees' Sur-Reply to Defendants-Appellants' Motion to Stay Preliminary Injunction. Unless stated otherwise, the facts stated herein are of my own personal knowledge, and if called as a witness I could competently testify thereto.

2. On April 17, 2014, I emailed Medtronic attorney Steve Froehle to inform him that Edwards had simplified the certification form and had adopted "the standard of care that you suggested." D.I. 22 (Froehle Decl.), Ex. 6 at 2-3.

3. Mr. Froehle replied to my email on April 17, 2014, stating "I am fine with the form, thank you." D.I. 22 (Froehle Decl.), Ex. 6 at 2.

4. The agreed physician certification form is attached hereto as Exhibit 1.

5. The agreed certification form was negotiated to facilitate a procedure for a particular patient, but I understood that it would apply for all future cases.

6. I emailed Mr. Froehle on April 18, 2014 to confirm that: "With respect to the 'medical necessity' issue, we have agreed to your proposed

2

standard (per my email to you of yesterday morning).  Thus, I believe we have also reached resolution on this point."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2014.

_____
Aimee Weisner

# EXHIBIT 1

**Physician Certification Regarding Medical Judgment Decision to use the CoreValve Transcatheter Aortic Valve**

A federal court has ruled that the CoreValve® System for transcatheter aortic heart valve implantation owned by Medtronic infringes a U.S. patent. An injunction prohibits the sale of the CoreValve TAVI in the United States for commercial purposes except under certain circumstances, including cases certified with this form.

By signing below, I am certifying in advance of patient treatment as follows:

1) I am the treating physician of a patient who, in my clinical judgment, after considering all alternative treatments and available transcatheter valves, is best served by receiving a CoreValve TAVI. ("Qualifying Patient") and I am making this certification for purposes of obtaining a CoreValve TAVI which will be used to treat the Qualifying Patient.

2) I will maintain a written record of the CoreValve TAVI serial number implanted in the Qualifying Patient. This form must be returned to Medtronic.

_____
Print Name of Implanting Doctor

_____
Signature of Implanting Doctor

_____
Date of signature

CoreValve serial number:_____

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2014 electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 19, 2014 upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>David M. Fry, Esquire<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Edward R. Reines, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Robert A. Van Nest, Esquire<br>Brian L. Ferrall, Esquire<br>Nikki K. Vo, Esquire<br>Kate E. Lazarus, Esquire<br>Simona A. Agnolucci, Esquire<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)